Sarah H. Barnes et al., Respondents, *v.* The Midland Railroad Terminal Company, Appellant.

Reported below, 147 App. Div. 89.
(Submitted February 21, 1916; decided February 29, 1916.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 28, 1911, affirming an interlocutory judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the notice of appeal was not served within the time required by law, and that the Court of Appeals had, in any event, no jurisdiction to review the judgment appealed from.

*John Brooks Leavitt* for motion.

*Alfred G. Reeves* opposed.

Motion denied, with ten dollars costs.